# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0332. TALIB HUSSAIN v. MIAN A. AFZAL.**

Talib Hussain has filed a notice of appeal of the trial court's order of continuance, entered on April 4, 2016, and the trial court's denial of his motion for modification and reconsideration, entered on July 12, 2016. Hussain filed his notice of appeal on August 16, 2016. We lack jurisdiction.

Pretermitting whether the denial of Hussain's motion for modification and reconsideration is a directly appealable final judgment under OCGA § 5-6-34 (a), Hussain's appeal is untimely. A notice of appeal must be filed within 30 days after entry of the appealable decision or judgment complained of. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Hussain did not file his notice of appeal until 35 days after entry of the denial of his motion for modification and reconsideration. Accordingly, Hussain's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/28/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*